**FILED**
E-FILED
Monday, 13 December, 2004 02:45:23 PM
Clerk, U.S. District Court, ILCD

DEC 13 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CDIL PROB 22
(Rev. 4/97)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
97-10063-001

DOCKET NUMBER (Rec. Court)
04CR0345

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION |
|---|---|---|
| AKAZEEM TUNDEI DEBELLO<br>3555 SOUTH COTTAGE GROVE<br>CHICAGO, IL 60653 | NAME OF SENTENCING JUDGE<br>HONORABLE MICHAEL M. MIHM | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/08/99   TO 06/07/04 |

OFFENSE

Bank Fraud
18:1344

RECEIVED
MAR 2 2004
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the U.S. District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the U.S. District Court to which this transfer is made without further inquiry of this Court.*

3/18/04
Date

/s/ Michael M. Mihm
MICHAEL M. MIHM
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/1/04
Effective Date

/s/ Charles P. Kocoras
United States District Judge

:js