

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

December 13, 2004

Michael W. Dobbins, Clerk
U.S. District Court
Northern District of IL
Everett McKinley Dirksen
   United States Courthouse
219 S. Dearborn St.
Chicago, IL  60604

RE: USA V. Akazeem Tundei Debello
CASE NO. PEORIA IL:   1: 97-CR-10063-001

Dear Mr. Dobbins:

Pursuant to the executed Transfer of Jurisdiction filed in this office on December 13, 2004, enclosed please find:

1. Certified Copy of the Docket Sheet

2. Transfer of Jurisdiction

3. Indictment

4. Judgment and Commitment Order

5. Financial Records

I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

Very truly yours,

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT


By: ____s/M. Leininger_____
Deputy Clerk

Enclosure(s)
JMW/msl