

E-FILED
Wednesday, 22 December, 2004 02:46:05 PM
Monday, 13 December, 2004 02:47:34 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

December 13, 2004

RECEIVED
DEC 16 2004

FILED
DEC 21 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael W. Dobbins, Clerk
U.S. District Court
Northern District of IL
Everett McKinley Dirksen
  United States Courthouse
219 S. Dearborn St.
Chicago, IL  60604

RE: USA V. Akazeem Tundei Debello
CASE NO. PEORIA IL:   1: 97-CR-10063-001

Dear Mr. Dobbins:

    Pursuant to the executed Transfer of Jurisdiction filed in this office on December 13, 2004, enclosed please find:

    1. Certified Copy of the Docket Sheet

    2. Transfer of Jurisdiction

    3. Indictment

    4. Judgment and Commitment Order

    5. Financial Records

    I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

    Very truly yours,

    JOHN M. WATERS, CLERK
    U.S. DISTRICT COURT

    By:    s/M. Leininger
          Deputy Clerk

Enclosure(s)
JMW/msl